433 A.2d 531

Commonwealth v. Mateo a/k/a Rordan, Appellant.

Submitted December 5, 1980. John J. Gallagher, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Order affirmed.